

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00446-CV

———————————————————

CREEKWOOD COMMUNITY HOMEOWNERS ASSOCIATION, INC., Appellant

V.

TRENICY THOMAS, Appellee

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-321752-20

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On February 7, 2022, we notified Appellant that the trial-court clerk responsible for preparing the record in this appeal had informed us that Appellant had not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, within ten days, Appellant arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Because Appellant has not made payment arrangements for the clerk's record, we now dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: March 3, 2022